# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2023

**MEMORANDUM ENDORSED**

December 7, 2023

Via ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York

      Re:   *Alejandro Courtney v. 200 Group, LLC and Briad Wenco, L.L.C.*

      **Docket No. 1:23-cv-07361 (GHW) (KHP)**

Dear Judge Woods:

      We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the conference of December 8, 2023. The reason for this request is because plaintiff's counsel has a S.D.N.Y. mediation scheduled for the same time as this conference. Plaintiff has informed defense counsel of this conflict.

      Pursuant to Your Honor's Notice of Initial Pretrial Conference Order of August 21, 2023 (page 2, third to last paragraph), Plaintiff notes that the parties have indicated that a referral of this case to the S.D.N.Y. mediation program would be beneficial. Accordingly, per Your Honor's Order, plaintiff respectfully asks the Court to refer the case to the mediation program and to "adjourn the IPTC for 60 days or until the parties notify the Court that settlement efforts have failed, whichever is earlier."

      Thank you for your time and attention to this matter. With kindest regards, I am

                                    very truly yours,

                                    /s/
                              Glen H. Parker, Esq.

Application granted in part. Plaintiff's December 7, 2023 request to adjourn the initial pretrial conference, Dkt. No. 14, is granted. The initial pretrial conference scheduled for December 8, 2023 is adjourned to December 22, 2023 at 2:00 p.m. The Court acknowledges the parties' representation in their recent joint letter that they are interested in an immediate referral to the mediation program. Dkt. No. 10. Plaintiff's motion, however, is not filed jointly, and the Court declines without prejudice to grant Plaintiff's request for a referral to the mediation program. The Court will consider a joint application if one is filed.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: December 7, 2023
New York, New York

                                                        GREGORY H. WOODS
                                                United States District Judge